IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**RAPHAEL MALDONADO MEJIA**,

Petitioner,

v. **No. 3:26-cv-3066-P**

**WARDEN OF PRAIRIELAND DETENTION CENTER**,

Respondent.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should dismiss this action for lack of subject matter jurisdiction. *See* ECF No. 8. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. ECF No. 8.

The court therefore **ORDERS** that this case is **DISMISSED without prejudice**.

**SO ORDERED** this **14th day of October 2026**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE